NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL INDUSTRIAL PARK, INC., KYDDLF & RDLFGFT NO. 1, LLC., AND RANCHO VISTA DEL MAR,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5066

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-691, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 60-day extension of time, until June 22, 2012, to file its opening brief. International Industrial Park, Inc., et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Nancie G. Marzulla, Esq.
Corinne A. Niosi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK